# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

## DEPOSIT OF UNCLAIMED FUNDS



| In re: KRISTOPHER BALKE MOFFAT NAOMI GAYLE MOFFAT Debtor(s). | CHAPTER # 7 BANKRUPTCY # 10-22178 |
|---|---|

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

___A  The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

_X_ B  The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| **CREDITOR & ADDRESS (last known)** | **CHECK AMOUNT** |
|---|---|
| American infosource<br>T Mobile USA<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | $2.25 |

The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$2.25** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

DATED this 20th day of May, 2011.

_____/s/_____
Steven R. Bailey, Trustee